Judith A. Archer
Todd R. Hambidge
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103-3198
(212) 318-3000
jarcher@fulbright.com

*Attorneys for Plaintiff Rusal America Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RUSAL AMERICA CORP.,         :
                             :
              Plaintiff,     :
                             :
   -v-                       :
                             :
EULER HERMES AMERICAN CREDIT :
INDEMNITY COMPANY,           :
                             :
              Defendant.     :
                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned counsel for Rusal America Corp. (a non-governmental corporate party) certifies that the following publicly held corporations own 10% or more of the stock of Rusal:

United Company RUSAL is the parent company of Rusal America Corp.

No publicly held corporations own 10% or more of the stock of Rusal America Corp.

85196121.1

Dated: August 13, 2009
      New York, New York

                                        Respectfully submitted,

                                        BY: _____
                                               Judith A. Archer
                                               Todd R. Hambidge
                                        FULBRIGHT & JAWORSKI L.L.P.
                                        666 Fifth Avenue
                                        New York, New York  10103-3198
                                        (212) 318-3000
                                        jarcher@fulbright.com

                                        *Attorneys for Plaintiff Rusal America Corp.*

85196121.1