DANIELS, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **NOV 1 2 2009**

------------------------------------ x
RUSAL AMERICA CORP.,          :
                              :
                  Plaintiff,  :
                              :
-v-                           :
                              :   Index No. 09-cv-7165 (GBD)
EULER HERMES AMERICAN CREDIT  :
INDEMNITY COMPANY,            :
                              :
                  Defendant.  :
                              :
------------------------------------ x

## CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. No additional parties may be joined after December 15, 2009, except on consent of all parties or by motion

2. No amendment to the pleadings will be permitted after January 29, 2010, except on consent of all parties.

3. Except for good cause shown, all discovery shall be commenced in time to be completed by March 31, 2010. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4 Dispositive Motions are to be served by May 14, 2010. Answering papers are to be served within 30 days. Reply papers are to be served within 14 days. In the

event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A final pretrial conference will be held on May 21, 2010 at 9:30 a.m.

6. The Joint Pretrial Order shall be filed no later than April 30, 2010. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice

7. All motions and applications shall be governed by the Court's Individual Rules of Practice

8. The parties shall be ready for trial on 48 hours notice on or after seven (7) days after the pre-trial conference. The estimated trial time is five (5) days and this is a jury trial

9. The Next Case Management Conference will be held on _____ at 9:30 a.m.

Dated: November __, 2009
New York, New York

SO ORDERED: NOV 1 2 2009

By: _____
George B. Daniels
United States District Judge
HON. GEORGE B. DANIELS

_____
Judith A. Archer
*Attorney for Plaintiff*

_____
Neal W. Cohen
*Attorney for Defendant*